## ORDER

PER CURIAM.

**AND NOW,** this 30th day of November 2004, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and this case is RE-MANDED to the trial court for consideration of any remaining issues. See *Siekierda v. Commonwealth of Pennsylvania Dep't of Transp.,* —— Pa. ——, 860 A.2d 76 (2004).

862 A.2d 101

**James E. ERNST, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 30, 2004.

538

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of November 2004, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and this case is RE-MANDED to the trial court for consideration of any remaining issues. See *Siekierda v. Commonwealth of Pennsylvania Dep't of Transp.,* 580 Pa. 259, 860 A.2d 76 (2004).

862 A.2d 101

**Mark E. ADAMS, Respondent**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 30, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of November, 2004, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and this case is RE-MANDED to the trial court for consideration of any remain-